

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00016-CR

**JAZSIMA SYMONE DAVIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2021-149-C1

## MEMORANDUM OPINION

On June 2, 2023, this Court abated this cause to allow appellant Jazsima Symone Davis an opportunity to file a compliant motion to dismiss this appeal. That motion was filed shortly thereafter. Having reviewed that motion, we now reinstate Davis's appeal, grant the motion, and dismiss the appeal.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed June 14, 2023
Do not publish
[CR25]

